THE CITY OF NEWTON V. S. OTTO WESTER.

No. 15041   (90 Pac. 1132.)

Error from Harvey district court; PETER J. GALLE, judge.  Opinion filed May 11, 1907.  Affirmed.

*W. H. Von der Heiden,* city attorney, for plaintiff in error; *Branine & Branine,* of counsel.
*Bowman & Bowman,* for defendant in error.

*Per Curiam:*  Considering the evidence in its aspect most favorable for the plaintiff the demurrer to the evidence was properly overruled.  Applied to the facts of this case instructions 14 and 15 were erroneous and prejudicial to the plaintiff, and the new trial was properly granted on account of them.

The facts specially found do not warrant a judgment in favor of the defendant, and the judgment of the district court is affirmed.